UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG MATTHEW ROEHRS,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA SUPREME COURT,<br><br>    Respondent. | No. EDCV 13-571-SVW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 18, 2013

_____
STEPHEN V. WILSON
United States District Judge